**Order filed January 3, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00939-CV
_____

**CHARLES FREEMAN JR, Appellant**

**V.**

**KENT DICKERSON, ET AL, Appellees**

---

**On Appeal from the 136th District Court**
**Jefferson County, Texas**
**Trial Court Cause No. D-194,417**

---

## O R D E R

Appellant's brief was due December 13, 2013. No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **February 3, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM